ACCEPTED
14-15-00030-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
4/17/2015 4:02:27 PM
CHRISTOPHER PRIN
CLERK

## No. 14-15-00030-CR

In the
**COURT OF APPEALS**
For the
**FOURTEENTH SUPREME JUDICIAL DISTRICT**
at Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 4:02:27 PM
CHRISTOPHER A. PRINE
Clerk

_____

On Appeal from the 427th District Court of
Travis County, Texas
Cause Number D-1-DC-13-30173

_____

**MIGUEL MACIAS, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
_____

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

COMES NOW, Miguel Macias, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1.     Appellant's brief is due in this case on April 17, 2015.

2.     Appellant seeks an extension of sixty day in which to file his brief, making his brief due on or before June 16, 2015.

3.     On March 16, 2015, the undersigned sent a written request for the clerk's record and reporter's record on disk, along with a check for $1.00 and a stamped, self-addressed envelope, as directed by the Clerk's Office. The request informed this Court that the undersigned is Court-appointed. To date, the

undersigned has not received the clerk's record or the reporter's record from this Court.

4.     In the past thirty days, the undersigned has filed a brief in the Fourteenth Court of Appeals in Cause Number 14-15-00053-CR, *Joseph Henry Edward Haynes v. The State of Texas*.   The undersigned filed a brief in the Third Court of Appeals in Cause Number 03-14-00599-CR, *Timothy Colt Castleberry v. The State of Texas*.   Additionally, the undersigned filed a letter brief in the Tenth Court of Appeals in Cause Number 10-14-00227-CR, *Pedro Rodriguez, Jr. v. The State of Texas*.   Further, the undersigned filed a Response to the State's Petition for Petition for Discretionary Review in Cause Number PD-0280-15, *The State of Texas v. John Allen Wachtendorf*.   Moreover, the undersigned filed a Supplemental Memorandum in Support of Habeas Corpus Relief in WR-82,426-02, *Ex parte Robert Jesse Padilla, Jr*.   Finally, the undersigned has made numerous court appearances and has undertaken the tasks associated with the management of a solo attorney practice.

5.     The undersigned has not filed any previous motions for extension of time in this case.

6.     For the reasons set forth above, Appellant respectfully requests that he be granted an extension of sixty days so that his brief in this case will now be due on June 16, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,

_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Travis County District Attorney's Office, P.O. Box 1748, Austin, Texas 78767 on April 17, 2015.

\_\_/s/ Kristen Jernigan_____
Kristen Jernigan